Case 3:11-cv-05068-SC Document 1 Filed 23 February 2012 Page 1 of 1

DEIRDRE C. DONOVAN
134 Serrano Drive
San Francisco, California 94132-2432
415.469.5677

Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

DEIRDRE C. DONOVAN,
Plaintiff,
vs.
WORLD SAVINGS BANK, FSB; GOLDEN WEST SAVINGS ASSOCIATION SERVICES CO.; WELLS FARGO HOME MORTGAGE INC., a California corporation n/k/a WELLS FARGO, N.A.; a successor by merger to WELLS FARGO HOME MORTGAGE, INC.; WELLS FARGO ASSET SECURITY CORPORATION; WELLS FARGO MORTGAGE BACKED SECURITIES 2007-14 TRUST; HSBC BANK USA, NATIONAL ASSOCIATION TRUSTEE; NDEX WEST LLC and DOES 1 through 100,

) Case No. 3:11-cv-5068-SC
) [Assigned to the Honorable Samuel Conti]
) **PLAINTIFF DONOVAN'S MOTION TO**
) **DISMISS COMPLAINT**
)
) Date: February 24, 2012
) Time: 10:00 a.m.
) Crtm: 1 (17th Floor)

TO THE ABOVE ENTITLED COURT AND TO ALL PARTIES HERETO:

PLEASE TAKE NOTICE THAT on 24 February 2012 at the hour of 10:00a.m., Plaintiff Deirdre Donovan will move to dismiss without prejudice the above captioned matter. At this time, although I believe that I may have good and sufficient grounds to pursue this matter, I am unable to afford competent legal representation. Having discussed this matter at length with Defendant's attorney, I respectfully request that this case be dismissed without prejudice.

Dated: 23 February 2012

_____
DEIRDRE C. DONOVAN

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti / 2/23/12]*

1